UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| BRENDA J. GULLEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   2:12-CV-352 |
| | ) | |
| BUFFALOE & ASSOCIATES, PLC, | ) | |
| Defendant. | ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge in regard to the motion and verified statement for attorney's fees and expenses filed by plaintiff's counsel. [Doc.40].   The defendant filed a response to this verified statement indicating that the defendant does not oppose the amount of attorney's fees and expenses claimed by the plaintiff. [Doc. 41].

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 42], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, the plaintiff's motion is **GRANTED**, [Doc. 40], and the plaintiff is awarded the sum of $2,287.50 in attorney's fees plus expenses in the amount of $357.80.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE